Amy Jane Longo (CA Bar No. 198304)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: amy.longo@ropesgray.com

Glen Jack Dalakian (CA Bar No. 342472)
Briana Fasone (*pro hac vice* forthcoming)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel. (212) 596-9000
Fax (212) 596-9090
Email: glen.dalakian@ropesgray.com
briana.fasone@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Email:
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Defendant Securly, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,

Plaintiffs,

v.

SECURLY, INC.,

Defendant.

Case No. 23-cv-01304-AGS-DEB

**DEFENDANT SECURLY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Hearing Date: December 1, 2023
Hearing Time: 4:00 PM
Courtroom: 5C
Judge: Hon. Andrew G. Schopler

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on December 1, 2023, at 4:00 pm, or as soon thereafter as the matter may be heard, before the Honorable Andrew G. Schopler in Courtroom 5C, United States District Court, Southern District of California, located at 221 W. Broadway, San Diego, CA 92101, Defendant Securly, Inc. will and hereby does move the Court for an order dismissing Plaintiffs' First Amended Complaint (ECF No. 13). The grounds for Defendant's motion are as follows: (1) under Federal Rule of Civil Procedure 12(b)(1), lack of subject matter jurisdiction based on failure to establish Article III standing; and (2) under Rule 12(b)(6), failure to state a claim upon which relief can be granted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities; the Declaration of Bharath Madhusudan in support thereof and exhibits attached thereto; the Request for Judicial Notice; the Declaration of Amy Jane Longo in support thereof and the exhibits attached thereto; the Court's file herein; argument as may be presented at a hearing on the motion; and other such matters as may be judicially noticed or come before the Court at a hearing on this matter.

Dated: October 6, 2023 **ROPES & GRAY LLP**

By: */s/ Amy Jane Longo*

Amy Jane Longo
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
Email: amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650

Email:
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

Glen Jack Dalakian
Briana Fasone (*pro hac vice* forthcoming)
1211 Avenue of the Americas
New York, NY 10036-8704
Tel. (212) 596-9000
Fax (212) 596-9090
Email:
glen.dalakian@ropesgray.com
briana.fasone@ropesgray.com

*Attorneys for Securly, Inc.*