Amy Jane Longo (CA Bar No. 198304)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Defendant Securly, Inc.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>SECURLY, INC.,<br><br>          Defendant. | Case No. 23-cv-01304-AGS-DEB<br><br>**DEFENDANT SECURLY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br><br>Hearing Date:  November 8, 2024<br>Hearing Time:  10:00 AM<br>Courtroom:  5C<br>Judge: Hon. Andrew G. Schopler |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on November 8, 2024, at 10 a.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew G. Schopler in Courtroom 5C, United States District Court, Southern District of California, located at 221 W. Broadway, San Diego, CA 92101, Defendant Securly, Inc. will and hereby does move the Court for an order dismissing Plaintiffs' Second Amended Complaint (ECF No. 25) with prejudice. This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and pursuant to Rule 12(b)(6) for failure to state claims upon which relief may be granted.

<u>Certificate of Compliance</u>

Pursuant to this Court's Civil Chambers Rule 5.c, the undersigned certifies that counsel for Securly, Frances Faircloth, met and conferred with counsel for Plaintiffs, Joshua Swigart, by Zoom videoconference on September 18, 2024, at 11 a.m. P.T., to discuss the issues underlying the instant motion. No agreement was reached.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities; the Request for Judicial Notice; the Declaration of Amy Jane Longo in support thereof and the exhibits attached thereto; the Court's file herein; argument as may be presented at a hearing on the motion; and other such matters as may be judicially noticed or come before the Court at a hearing on this matter.

Dated: September 20, 2024   **ROPES & GRAY LLP**

By:   */s/ Amy Jane Longo*

Amy Jane Longo
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Securly, Inc.*