Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURLY, INC.,<br><br>Defendant. | Case No. 3:23-cv-01304-AGS-DEB<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT**<br><br>Judge: Hon. Andrew G. Schopler |

TO THE COURT AND ALL PARTES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, through counsel, Plaintiffs Martin Trim hereby withdraws PLAINTIFFS' OPPOSITION TO SECURLY, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT at Docket Number 29. This document will be refiled correcting the table of contents.

Respectfully submitted,

Dated: October 25, 2024                SWIGART LAW GROUP, APC

*s/ Joshua B. Swigart*_____
Joshua B. Swigart
josh@swigartlawgroup.com
Attorneys for Plaintiffs