Amy Jane Longo (CA Bar No. 198304)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Defendant Securly, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,

Plaintiffs,

v.

SECURLY, INC.,

Defendant.

Case No. 23-cv-01304-AGS-DEB

**DEFENDANT SECURLY, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Securly Inc. respectfully submits this Notice of Supplemental Authority and states the following:

*Hunter v. Securly Inc.*, No. 24-cv-2159-DWF-DLM, 2024 WL 4979660 (D. Minn. Dec. 4, 2024), supports Securly's argument that Plaintiffs' Second Amended Complaint ("SAC") should be dismissed for lack of subject matter jurisdiction. In *Hunter*, the court dismissed a factually similar complaint after holding that the plaintiff had not established a child's legitimate expectation of privacy in the school setting and therefore had not established the injury-in-fact necessary for Article III standing. *See id.* at *3-4. The *Hunter* opinion is attached (Ex. A) for the Court's consideration as it evaluates Plaintiffs' privacy-related theories of standing. *See* SAC ¶¶ 104–10 (ECF No. 25); Def.'s Mem. P. & A. Supp. Mot. to Dismiss at 8-12 (ECF No. 26-1); Pls.' Opp'n at 8-13 (ECF No. 29); Def.'s Reply at 2-5 (ECF No. 32).

Dated: December 6, 2024

**ROPES & GRAY LLP**

By: */s/ Amy Jane Longo*

Amy Jane Longo
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Securly, Inc.*