Amy Jane Longo (CA Bar No. 198304)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Defendant Securly, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,

Plaintiffs,

v.

SECURLY, INC.,

Defendant.

Case No. 23-cv-01304-AGS-DEB

**DEFENDANT SECURLY, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Securly Inc. respectfully submits this Notice of Supplemental Authority in support of its pending Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 26). In *Posadas v. Goodyear Tire & Rubber Co.*, this District dismissed a complaint asserting California Invasion of Privacy Act (CIPA) and California intrusion upon seclusion claims concerning the use of website-tracking technology because the plaintiff did not adequately allege a concrete injury for Article III standing. *See* No. 23-CV-0402-L-DDL, 2024 WL 5114133, at *3-4 (S.D. Cal. Dec. 13, 2024). In *Daghaly v. Bloomingdales.com, LLC*, the Ninth Circuit affirmed the dismissal of a complaint asserting CIPA and other California statutory claims concerning the use of similar website-tracking software, holding that the plaintiff lacked standing because she failed to plead the requisite injury-in-fact. *See* No. 23-4122, 2024 WL 5134350, at *1-2 (9th Cir. Dec. 17, 2024). The *Posadas* and *Daghaly* opinions are attached as Exhibits A and B for the Court's consideration as it evaluates Plaintiffs' privacy-related theories of standing. *See* SAC ¶¶ 104–10 (ECF No. 25); Def.'s Mem. P. & A. Supp. Mot. to Dismiss at 8-12 (ECF No. 26-1); Pls.' Opp'n at 8-13 (ECF No. 29); Def.'s Reply at 2-5 (ECF No. 32).

Dated: January 13, 2025

**ROPES & GRAY LLP**

By: */s/ Amy Jane Longo*

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

Amy Jane Longo
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

*Attorneys for Securly, Inc.*