Amy Jane Longo (CA Bar No. 198304)
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Defendant Securly, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,

Plaintiffs,

v.

SECURLY, INC.,

Defendant.

Case No. 23-cv-01304-AGS-DEB

**DEFENDANT SECURLY, INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Hearing Date: October 30, 2025
Hearing Time: 10:00 AM
Courtroom: 5C
Judge: Hon. Andrew G. Schopler

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on October 30, 2025 at 10:00 a.m. P.T., or as soon thereafter as the matter may be heard, before the Honorable Andrew G. Schopler in Courtroom 5C, United States District Court, Southern District of California, located at 221 W. Broadway, San Diego, CA 92101, Defendant Securly, Inc. will and hereby does move the Court for an order dismissing Plaintiffs' Second Amended Complaint (ECF No. 25) with prejudice and entering judgment on the pleadings. This motion is made pursuant to Federal Rule of Civil Procedure 12(c).

Certificate of Compliance

Pursuant to this Court's Civil Chambers Rule 5.c, the undersigned certifies that counsel for Securly, Amy Longo, met and conferred with counsel for Plaintiffs, Joshua Swigart, by Zoom videoconference on August 5, 2025, at 12 p.m. P.T., to discuss the issues underlying the instant motion. No agreement was reached.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, and the Court's file herein; argument as may be presented at a hearing on the motion; and other such matters as may be judicially noticed or come before the Court at a hearing on this matter.

Dated: August 15, 2025 **ROPES & GRAY LLP**

By: */s/ Amy Jane Longo*

Amy Jane Longo
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3300
Fax: (310) 975-3400
amy.longo@ropesgray.com

Edward McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807

Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Securly, Inc.*