MICHAEL MERRIMAN [SBN 234663]
**HILGERS PLLC**
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Facsimile: (402) 413-1880
mmerriman@hilgerslaw.com

*Attorneys for Defendant Securly, Inc.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURLY, INC.,<br><br>Defendant. | Case No.: 3:23-CV-01304-AGS-DEB<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** |

**TO THE HONORABLE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Michael Merriman hereby enters his appearances as attorney of record for Defendant Securly, Inc. ("Defendant") in the above-captioned matter and request that all future correspondence, pleadings, and notices be sent to the below-referenced address and/or email address:

Michael Merriman (SBN 234663)
mmerriman@hilgerslaw.com
HILGERS PLLC
655 West Broadway, Suite 900
San Diego, CA 92101

1

NOTICE OF APPEARANCES                                   (3:23-CV-01304-AGS-DEB)

Telephone: (619) 369-6232
Facsimile: (402) 413-1880

The firm of Kobre & Kim LLP and Michael K. Ng continue to represent Defendant in this action as well.

Respectfully submitted,

DATED: January 30, 2026

*/s/ Michael Merriman*

Michael Merriman
**HILGERS PLLC**
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Facsimile: (402) 413-1880
mmerriman@hilgerslaw.com

*Attorney for Defendant Securly, Inc.*

2