Michael Ng (SBN 237915)
Michael.Ng@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

Attorney for Defendant
*Securly, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI BATE, and her child N.M., and AZUCENA MEJIA, and her child A.S., individually and on behalf of others similarly situated, | Case No. 3:23-cv-01304-AGS-DEB |
| Plaintiffs, | **JOINT MOTION FOR ENTRY OF ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
| v. | |
| SECURLY, INC., | |
| Defendant. | |

The Parties respectfully request the Court enter the proposed Stipulated Order Regarding Discovery of Electronically Stored Information ("ESI Protocol").

Dated: March 16, 2026

**HILGERS PLLC**

MICHAEL MERRIMAN (SBN 234663)
mmerriman@hilgerslaw.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Fax: (402) 413-1880

Attorney for Defendant
*Securly, Inc.*

Respectfully submitted,

*/s/ Michael Ng*
**KOBRE & KIM LLP**

MICHAEL NG (SBN 237915)
Michael.Ng@kobrekim.com
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Fax: (415) 582-4811

ALEXANDRIA E. SWETTE
(pro hac vice, NY Bar No. 5225560)
ZACHARY SIZEMORE
(pro hac vice, NY Bar No. 5931407)
800 Third Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 488-1200
Alexandria.Swette@kobrekim.com
Zachary.Sizemore@kobrekim.com

DANIELLE BATEMAN
(pro hac vice, PA Bar No. 313906,
DC Bar No. 1016234)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460
Danielle.Bateman@kobrekim.com

EDEN BERNSTEIN BENADIVA
(pro hac vice, FL Bar No. 1026234,

DC Bar No. 1780538)
1919 M Street, NW
Washington, DC 20036
Telephone: (202) 664-1900
Eden.Benadiva@kobrekim.com

Attorneys for Defendant
*Securly, Inc.*

Dated: March 16, 2026

s/ *Joshua B. Swigart*

Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
SWIGART LAW GROUP, APC
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

THE BARRY LAW OFFICE, LTD
Peter F. Barry (MN #0266577)
Admitted pro hac vice
1422 Asbury Street
St. Paul, MN 55108
Telephone: (612) 379-8800
E-mail: pbarry@lawpoint.com

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
Jenna L. Gavenman (SBN 348510)
Joshua B. Glatt (SBN 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jgavenman@bursor.com
        jglatt@bursor.com

Attorneys for Plaintiffs