UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHERI BATE and her child N.M., *individually and on behalf of others similarly situated*, et al.,

Plaintiffs,

v.

SECURLY, INC.,

Defendant.

Case No.: 23cv1304-AGS (DEB)

**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE PETITION FOR MINORS' COMPROMISE**

In a Notice of Settlement dated May 1, 2026, the parties informed the Court that they settled the case. (ECF No. 119.) Because this case involves claims brought on behalf of minors, Civil Local Rule 17.1 requires the settlement to "be reviewed by a magistrate judge before any order of approval will issue." See CivLR 17.1(a). On May 6, 2026, Magistrate Judge Berg was assigned to the case for the purpose of reviewing the settlement. (See ECF Nos. 120–21.)

The Petition to Approve the Minors' Compromise must be filed on or before **June 18, 2026**. Any response to the Petition to Approve the Minors' Compromise must be filed **within seven days of the Petition's filing**.

/ /

In preparing the Petition to Approve the Minors' Compromise, Plaintiffs should review Judicial Council of California Form MC-350 for guidance on what should be addressed in the Petition. Once the Petition to Approve the Minors' Compromise is filed, the Court shall take the Petition under submission for a Report and Recommendation.

**IT IS SO ORDERED**.

Dated: May 7, 2026

Honorable Michael S. Berg
United States Magistrate Judge