UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheri BATE, et al., | Case No.: 23-cv-01304-AGS-DEB |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF 129) AND GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COMPROMISE (ECF 125)** |
| v. | |
| SECURLY, INC., | |
| Defendant. | |

The magistrate judge issued a report and recommendation recommending that this Court grant plaintiffs' unopposed motion for compromise approval. (*See* ECF 129.) The district judge "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing 18 U.S.C. § 636(b)). The parties here did not object and even "waive[d] the objection period." (ECF 131, at 2.)

This Court reviewed the report and recommendation and finds that it is well reasoned and without any clear error. So, the Court **ADOPTS** the magistrate judge's report and recommendation, and the unopposed motion for approval of compromise is **GRANTED**.

Dated:  June 1, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

23-cv-01304-AGS-DEB